**[J-26-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 4 WAP 2024 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Superior Court entered June 7, |
| | : | 2023, at No. 1523 WDA 2021, |
| v. | : | Vacating the Order of the Court of |
| | : | Common Pleas of Beaver County |
| | : | entered November 22, 2021, at No. |
| SHELDON DEVONT JETER, | : | CP-04-CR-000825-2020 and |
| | : | remanding. |
| Appellee | : | |
| | : | ARGUED: April 10, 2025 |

**ORDER**

**PER CURIAM**                                        **DECIDED: April 24, 2025**

AND NOW, this 24th day of April, 2025, the appeal is **DISMISSED** as having been improvidently granted.